UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PRAKASH MELWANI

        Plaintiff,

-v-

K COSMETICS, LLC and
NAMEE PARK

        Defendants.

---

Case no. 19-CV-8627-VFB

STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the time within which Defendants may answer or otherwise respond to the Complaint is hereby extended up to and including November 14, 2019.

    There has been no previous request for extension of time in connection with this matter.

Dated: October 14, 2019

Prakash Melwani, Plaintiff

By _____
Prakash Melwani, (pro se)
101 West 23rd Street, Suite 163
New York, NY 10111
Tel: 1-212-505-1818
Fax: 1-212-685-5009

Dated: October 11, 2019

Natter & Natter
Attorneys for Defendants

By _____
Howard Natter, Esq.
Natter & Natter
501 Fifth Avenue, Suite 2111
New York, NY 10017
Tel: 1-212-840-8300
Fax: 1-212-302-0295

                SO ORDERED:

                _____